## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ATEEQUR RAHMAN** | ) |
| **KAUSAR SIDDIQUA REHMAN** | ) |
| **115 Brookland Terrace, Apt. 7** | ) |
| **Winchester, VA 22602** | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| **v.** | ) |
| | ) |
| | ) |
| **EMILIO T. GONZALEZ, Director** | ) |
| **U.S. Citizenship and Immigration Services,** | ) |
| **In his official capacity as well as his successors** | ) |
| **and assigns,** | ) |
| **20 Massachusetts Avenue, N.W.** | ) |
| **Washington, DC 20529** | ) |
| | ) **Civil No.** |
| **MICHAEL CHERTOFF, Secretary** | ) |
| **U.S. Department of Homeland Security,** | ) |
| **In his official capacity as well as his successors** | ) |
| **and assigns,** | ) |
| **425 Murray Drive, Building 410** | ) |
| **Washington, DC 20528** | ) |
| | ) |
| **ROBERT S. MUELLER, Director** | ) |
| **Federal Bureau of Investigation,** | ) |
| **In his official capacity as well as his successors** | ) |
| **and assigns,** | ) |
| **J. Edgar Hoover Building** | ) |
| **935 Pennsylvania Avenue, N.W.** | ) |
| **Washington, DC 20535** | ) |
| | ) |
| **Defendants** | ) |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
## IN THE NATURE OF MANDAMUS

The Plaintiffs, Dr. MOHAMMED ATEEQUR RAHMAN and KAUSAR SIDDIQUA

REHMAN, by counsel, complain of the Defendants, EMILIO T. GONZALEZ, Director, U.S.

Citizenship & Immigration Services; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; and ROBERT S. MUELLER, Director, Federal Bureau of Investigation, as follows:

## PREFATORY STATEMENT

1. This is an action for declaratory and injunctive relief in the nature of mandamus to compel the Defendants and those acting under them to immediately and forthwith take all appropriate actions to adjudicate their applications for adjustment of status, Form I-485, filed pursuant to 8 U.S.C. § 1255, which were properly filed and received by the Defendants, the United States Department of Homeland Security ("DHS"), United States Citizenship & Immigration Services ("USCIS"), on November 28, 2003 for Plaintiff Dr. Mohammed Rahman, and on March 1, 2004 for Plaintiff Kausar Rehman. *See* Exh. 1 (Receipt Notices from USCIS). The applications for adjustment of status remain pending within the jurisdiction of the Defendants, who have improperly withheld action and adjudication for approximately four years, to the detriment of the rights and privileges of the Plaintiffs.

## I. JURISDICTION

2. This Court has jurisdiction pursuant to 8 U.S.C. § 1329 (jurisdiction of the district courts) , 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1361 (action to compel an officer of the United States to perform his duty) to redress the deprivation of rights, privileges, and immunities secured to the Plaintiffs and to compel the Defendants to perform a duty that the Defendants owe to the Plaintiffs. Under 28 U.S.C. § 1361, "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

2

3.  Jurisdiction is also conferred by 5 U.S.C. § 704, the Administrative Procedures Act ("APA"). An agency has a duty to conclude a matter presented to it within a "reasonable time." 5 U.S.C. § 555(b). "Accordingly, the scope of judicial review includes 'compel[ling] agency action unlawfully withheld or unreasonably delayed. [5 U.S.C.] § 706(1)." *Liu v. Novak*, 509 F. Supp.2d 1, 9 (D.D.C. 2007) ("[T]he Court does have jurisdiction over plaintiff's APA claim that defendants have unreasonable delayed adjudicating his application [for adjustment of status].")

4.  Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1252, does not deprive this Court of jurisdiction. INA § 242(a)(5), 8 U.S.C. § 1252(a)(5) provides that "a petition for review filed with an appropriate court of appeals in accordance with this section, shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provisions of this Act[.]" As the present action is not an action to review a removal order but simply an action to compel the Defendant USCIS to adjudicate long and unreasonably delayed I- I-485 applications for adjustment of status, this Court retains original mandamus jurisdiction under 28 U.S.C. § 1361. Furthermore, INA § 242(a)(2)(B), 8 U.S.C. § 1252(a)(2)(B), provides that no court shall have jurisdiction to review either (i) "any judgment regarding the granting of" various forms of relief from removal, or (ii) "any other decision or action  of the Attorney General or the Secretary of Homeland Security the authority for which is specified…to be in the discretion of the Attorney General or the Secretary of Homeland Security[.]" Because "the failure to adjudicate" a properly filed application for adjustment of status is neither a judgment regarding the granting of relief from removal nor a decision or action that is specified to be in the discretion of the Attorney General or the Secretary of Homeland Security, the Court retains original mandamus jurisdiction over this claim. *See Liu v. Novak*,

*supra* at 7 ("[T]he Court concludes that § 1252(a)(2)(B)(ii) does not eliminate this Court's jurisdiction over plaintiff's claim.")

## II. VENUE

5. Venue is proper under 28 U.S.C. § 1391(e) because this is an action brought against officers and agencies of the United States in their official capacities, brought in the district where all of the Defendants maintain their offices and where a substantial part of the events or omissions giving rise to the Plaintiffs' claim occurred.

## III.    PARTIES

6. The Plaintiffs reside at 115 Brookland Terrace, Apt. 7, Winchester, VA 22602. Both are nationals of The Republic of India. Plaintiff Dr. Mohammed Rahman is the recipient of a Ph.D. in Pharmacy from Northeast University of Louisiana. He is currently employed as a Professor of Pharmacy at Shenandoah University in Winchester, Virginia, and also serves as the Principal Investigator for the consumer empowerment grant from the Department of Defense for TRICARE beneficiaries. Plaintiff Kausar Rehman is the spouse of Plaintiff Dr. Mohammed Rahman. They have two U.S. citizen daughters.

7. The Defendant EMILIO T. GONZALEZ is the Director of USCIS who is sued in his official capacity, as well as his successors and assigns. The USCIS is assigned the adjudication of I-485 applications for adjustment of status to permanent residence filed pursuant to 8 U.S.C. § 1255. The USCIS has a mandatory duty to act on the application for adjustment of status within a reasonable time.

8. The Defendant MICHAEL CHERTOFF is the Secretary of the U.S. Department of Homeland Security ("DHS"). He is sued in his official capacity, as well as his successors and assigns. The DHS oversees the operations of the Defendant USCIS.

4

9. The Defendant ROBERT S. MUELLER is the Director of the Federal Bureau of Investigation ("FBI"). He is sued in his official capacity, as well as his successors and assigns. The FBI's duties are to ensure the timely completion of all requests for security background checks from the USCIS.

## IV. CAUSE OF ACTION

### A. Background Facts

10. Plaintiff Dr. Mohammed Rahman is the beneficiary of an approved I-140 Immigrant Petition for Alien Worker, classifying him as an individual with an advanced degree/alien of exceptional ability in the national interest under 8 U.S.C. § 1153(b)(2). *See* Exh. 2. On November 28, 2003, Plaintiff Dr. Mohammed Rahman filed an I-485 application for adjustment of status with Defendant USCIS at its Vermont Service Center. *See* Exh. 1.

11. On March 1, 2004, his wife, Plaintiff Kausar Rehman, submitted an application for adjustment of status with Defendant CIS at its Vermont Service Center, as the derivative spouse of Plaintiff Dr. Mohammed Rahman. *See* Exh. 1.

12. On December 8, 2004, Plaintiff Kausar Rehman was scheduled to have her fingerprints and biometrics taken, while Plaintiff Mohammed Rahman was scheduled on June 10, 2005. *See* Exh. 3. They both complied with that requirement.

13. On March 2, 2007, Plaintiffs were advised by Defendant USCIS that their case was transferred to the USCIS Texas Service Center "in order to speed up processing." *See* Exh. 4.

14. On May 4, 2007, Plaintiffs were again requested by Defendant USCIS to have their biometrics taken, and they complied with that requirement. *See* Exh. 5.

15.  Plaintiffs have since made repeated inquiries regarding the status of their applications for adjustment of status to permanent residence with Defendants, to wit:

a.     An inquiry on April 13, 2005, to which USCIS responded that the agency was waiting for fingerprint results.  *See* Exh. 6.

b.     An inquiry on March 30, 2006, to which USCIS responded that Plaintiff Moahmmed Rahman's case was pending completion of background investigation. *See* Exh. 7.

c.     An Infopass in-person appointment with USCIS on April 14, 2006.  *See* Exh. 8.  Again, USCIS stated that Plaintiff Mohammed Rahman's case was pending completion of background checks.

d.     An inquiry on October 4, 2006, to which USCIS responded that both Plaintiffs' cases were delayed for routine security checks.  *See* Exh. 9.

e.     An inquiry on April 26, 2007, to which USCIS responded that both Plaintiffs' cases were delayed due to the background checks not having been completed.  *See* Exh. 10.

f.     On December 4, 2007, a Congressional inquiry was done with the FBI on behalf of Plaintiff Mohammed Rahman's name check.  That inquiry remains unanswered.  *See* Exh. 11.

g.     A Congressional inquiry revealed on December 6, 2007, that Plaintiff Mohammed Rahman's case is pending FBI security checks.  *See* Exh. 12.

16.  The current Case Status Service Online from USCIS shows that as of February 7,

2008, Plaintiff Mohammed Rahman's application is pending at the Texas Service Center, while

Plaintiff Kausar Rehman's is pending at a USCIS office, without more detail. *See* Exh. 13 and

14.

     17.  On February 4, 2008, USCIS issued an Interoffice Memorandum, stating that it

changed its policy to now adjudicate approvable applications for adjustment of status when the

FBI name check request has been pending for more than 180 days, even though it has not been

completed. *See* Exh. 15.  Plaintiffs' applications for adjustment of status were filed four years

ago.  USCIS' name check requests to the FBI have been pending for nearly that time.  Plaintiffs

have complied with all requests made by the USCIS.  The Defendants have not given the

Plaintiffs any reasonable justification why Plaintiff Mohammed Rahman's name check has been

pending with Defendant FBI for the last four years without being properly completed.

### B. Claims

     18. The Defendants' continuing delay of four years and counting in failing to

adjudicate the Plaintiffs' I-485 applications for adjustment of status to permanent residence is per

se unreasonable.

     19. The D.C. District Court in *Liu v. Novak, supra*, has held that a four-year delay in

adjudicating an application for adjustment of status due to security background checks was

unreasonable.  The *Liu* Court relied on the holding of *Telecommunications Research & Action

Center("TRAC") v. FCC*, 750 F.2d 70 (D.C. Cir. 1984) to identify the factors relevant in

determining whether agency delay is unreasonable:

    (1) the time agencies take to make decisions must be governed by a "rule of
    reason;" (2) where Congress has provided a timetable or other indication of the
    speed with which it expects the agency to proceed in the enabling statute, that
    statutory scheme may supply content for this rule of reason; (3) delays that might
    be reasonable in the sphere of economic regulation are less tolerable when human
    health and welfare are at stake; (4) the court should consider the effect of

> expediting delayed action on agency activities of a higher or competing priority;
> (5) the court should also take into account the nature and extent of the interests
> prejudiced by delay; and (6) the court need not find "any impropriety lurking
> behind agency lassitude in order to hold that agency action is 'unreasonably
> delayed.'"

*Liu v. Novak, supra* at **8**, *citing Telecommunications Research & Action Center v. FCC*, *supra* at

**80** (citations omitted).

      20. In *Liu, supra*, Judge Sullivan ruled that with regard to the first TRAC factor, a

four-year delay for a name check process described by the Defendants "as one where data is

primarily retrieved from an electronic database, and only occasionally from paper records," to be

unreasonable. *Id.* at 8. The four-year delay in Plaintiffs' cases in the case at bar for the same

reason is equally unreasonable. Judge Sullivan at footnote 4 noted that "Congress has not

provided a timetable for this action, so the second TRAC factor is inapplicable." *Id.*

      21. Judge Sullivan in *Liu* has further ruled that—

> With regard to the third and fifth TRAC factors, […] [t]he inability to obtain
> permanent resident status affects a wide range of important rights." [citing *Singh
> v. Still*, 470 F.Supp.2d 1064, 1070 (N.D.Cal.2007)]. For example, the delay
> prejudices plaintiff's ability to petition to immigrate close family members and
> adversely impacts his ability to seek United States citizenship. *See id.* Thus,
> these factors weigh in favor of finding the delay unreasonable.

*Liu v. Novak, supra* at 9. The delay in adjudicating their applications for adjustment of

status to permanent resident prejudices Plaintiffs by depriving them of the ability to seek

naturalization, and thus, of the right to vote in elections, to petition close family members, and is

a barrier for their professional advancement as most high-level contracts with the U.S.

government now requires citizenship.

      22. Regarding the fifth TRAC factor, like the plaintiff in *Liu, supra*, Plaintiffs

are not the subject of any active investigation.

      23. The name check system has been described by the Defendants in other cases as

being prioritized in order of application date. *See Liu v. Novak, supra,* at 9. Such a prioritization by application date was not followed in this case since the name check has been pending for over four years while thousands of other cases filed after Plaintiffs' cases have been adjudicated.

24. Plaintiffs' applications have been neglected by the Defendants and the present four-year delay in adjudicating such applications is clearly unreasonable.

**PRAYER**

WHEREFORE, Plaintiffs pray that this Court:

25. Compel the Defendants and those acting under them to perform their duty to adjudicate Plaintiffs' I-485 applications for adjustment of status to permanent residence within a reasonable time of no more than 30 days;

26. Declare the Defendants' continued delay and inaction violates the APA;

27. Grant reasonable attorney's fees and costs of court under the Equal Access to Justice Act;

28. Grant such other and further relief as this Court deems proper.

Respectfully submitted,

THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1629 K Street N.W., Suite 1250
Washington D.C. 20006
(202) 429 1725

08-251
JR

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

### I (a) PLAINTIFFS

RAHMAN, MOHAMMED ATEEQUR
REHMAN, KAUSAR SIDDIQUA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Frederick County
(EXCEPT IN U.S. PLAINTIFF CASES)

### DEFENDANTS

GONZALEZ, EMILIO, Director, USCIS
CHERTOFF, MICHAEL, Secretary, USDHS
MUELLER, ROBERT, Director, FBI

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Washington D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas A. Elliot
Elliot & Mayock
1666 Connecticut Avenue, N.W., 5th Floor
Washington D.C. 20009

Case: 1:08-cv-00251
Assigned To : Robertson, James
Assign. Date : 2/14/2008
Description: Admin Agency Review

### II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

- ○ A. Antitrust
  - ☐ 410 Antitrust

- ○ B. Personal Injury/ Malpractice
  - ☐ 310 Airplane
  - ☐ 315 Airplane Product Liability
  - ☐ 320 Assault, Libel & Slander
  - ☐ 330 Federal Employers Liability
  - ☐ 340 Marine
  - ☐ 345 Marine Product Liability
  - ☐ 350 Motor Vehicle
  - ☐ 355 Motor Vehicle Product Liability
  - ☐ 360 Other Personal Injury
  - ☐ 362 Medical Malpractice
  - ☐ 365 Product Liability
  - ☐ 368 Asbestos Product Liability

- ● C. Administrative Agency Review
  - ☐ 151 Medicare Act

  Social Security:
  - ☐ 861 HIA ((1395ff)
  - ☐ 862 Black Lung (923)
  - ☐ 863 DIWC/DIWW (405(g)
  - ☐ 864 SSID Title XVI
  - ☐ 865 RSI (405(g))

  Other Statutes
  - ☐ 891 Agricultural Acts
  - ☐ 892 Economic Stabilization Act
  - ☐ 893 Environmental Matters
  - ☐ 894 Energy Allocation Act
  - ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

- ○ D. Temporary Restraining Order/Preliminary Injunction

  Any nature of suit from any category may be selected for this category of case assignment.

  *(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

5

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
28 U.S.C. 1361; 5 U.S.C. 702, 704.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  2/13/2008   SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-043-52645 | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>November 28, 2003 | PRIORITY DATE | APPLICANT  A97 971 161<br>RAHMAN, MOHAMMED A. |
| NOTICE DATE<br>December 3, 2003 | PAGE<br>1 of 1 | |

| | |
|---|---|
| MOHAMMED A. RAHMAN<br>175-05 WEXFORD TERRACE 6F<br>JAMAICA NY 11432 | **Notice Type:**  Receipt Notice<br><br>Amount received: $ 305.00<br>Section: Adjustment as direct<br>         beneficiary of immigrant<br>         petition |

The above application or petition has been received.  It usually takes 365 to 540 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 09/07/93) N

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT |
| --- | --- | --- |
| EAC-04-110-50002 | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A98 271 788 |
| March 1, 2004 | | REHMAN, KAUSAR S. |
| NOTICE DATE | PAGE | |
| March 5, 2004 | 1 of 1 | |

ALAN E. HECKLER PC
222 SCHANCK ROAD 201
FREEHOLD NJ 07728

Notice Type:  Receipt Notice

Amount received: $  305.00

Section: Derivative adjustment

The above application or petition has been received. It usually takes 165 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the Internet at www.bcis.gov. At this web site you can get up-to-date case status information on your case and find valuable information about our immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**



| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>EAC-02-158-50391 | **CASE TYPE**   I140<br>IMMIGRANT PETITION FOR ALIEN WORKER | |
| **RECEIPT DATE**<br>April 11, 2002 | **PRIORITY DATE**<br>April 9, 2002 | **PETITIONER**<br>RAHMAN, MOHAMMED A. |
| **NOTICE DATE**<br>May 14, 2003 | **PAGE**<br>1 of 1 | **BENEFICIARY**<br>RAHMAN, MOHAMMED A. |

MOHAMMED A. RAHMAN
175-05 WEXFORD TERRACE #6F
JAMAICA NY 11432

**Notice Type:**  Duplicate Approval Notice
**Section:** Indiv w/Adv Deg or Exceptional
           Ability in the National
           Interest

The above petition has been approved  The petition indicates that the person for whom you are petitioning is in the
United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form
I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application, with
appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be
obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition,
the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office
to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action  The NVC also determines which
consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to
that consulate

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
   IMMIGRATION & NATURALIZATION SERVICE
   VERMONT SERVICE CENTER
   75 LOWER WELDEN STREET
   SAINT ALBANS VT 05479-0001
   **Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 09/07/93)N



## Fingerprint Notification

| | NOTICE DATE |
| --- | --- |
| | 07/07/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
| --- | --- | --- |
| I485  Application to Register Permanent Resident or Adjust Status | 497116294 | A097971161 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
| --- | --- | --- | --- |
| EAC0404352645 | 1 | ESC | 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS |
| --- |
| MOHAMMED A RAHMAN |
| 175-05 WEXFORD TERRACE 6F |
| JAMAICA, NY 11432 |

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must take your fingerprints and have them cleared by the FBI.  **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| USCIS QUEENS/JAMAICA | 06/10/2005 |
| 162-24 JAMAICA AVE. | 8:00 AM |
| CORNER OF GUY R BREWER BLVD | |
| JAMAICA, NY 11432 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you may not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

| REQUEST FOR RESCHEDULING |
| --- |

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS QUEENS/JAMAICA
162-24 JAMAICA AVE.
CORNER OF GUY R BREWER BLVD
JAMAICA, NY 11432

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY



**APPLICATION NUMBER**
EAC0404352645

| WARNING! |
| --- |

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with fingerprinting.*

Form I-797 (Rev. 09/07/93)N

Case 1:08-cv-00625-JR    Document 1-5    Filed 02/14/2008    Page 2 of 3
Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| **Fingerprint Notification** | | | NOTICE DATE 11/18/2004 |
|---|---|---|---|
| CASE TYPE I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A# A098271788 |
| APPLICATION NUMBER EAC0411050002 | CODE 1 | SERVICE CENTER ESC | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

KAUSAR REHMAN

175-05 WEXFORD TERRACE APT 6F

JAMAICA, NY 11432

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS QUEENS/JAMAICA | 12/08/2004 |
| 162-24 JAMAICA AVE. | 12:00 PM |
| CORNER OF GUY R BREWER BLVD | |
| JAMAICA, NY 11432 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you may not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS QUEENS/JAMAICA

162-24 JAMAICA AVE.

CORNER OF GUY R BREWER BLVD

JAMAICA, NY 11432

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER

EAC0411050002

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with fingerprinting.*

Form I-797C (Rev. 08/31/04) N

## ASC/COLO Standard Operating Procedures

147

### DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

**NAME:** _REHMAN_    _KAUSAR_    _SIDDIQUA_
Last            First              Middle        Suffix

**DATE OF BIRTH:** _81_ _06_ _05_    **PHONE #:** _540 - 722 - 4838_
Year   Month   Day

**PLACE OF BIRTH:** _HYDERABAD_    **SEX:** (Male or Female) _F_
_INDIA_

**RACE:** Check the most appropriate code below:

____ American Indian or Alaskan Native    ____ Black    ____ White (Hispanic also check)

✓ Asian or Pacific Island    ____ Unknown

**HEIGHT:** _5_ Feet _3_ Inches    **WEIGHT:** _120_ Pounds

**EYE COLOR:** Check the most appropriate code below:

✓ Black  ____ Brown  ____ Green  ____ Gray  ____ Pink  ____ Hazel  ____ Blue  ____ Maroon

**HAIR COLOR:** Check the most appropriate code below:

✓ Black  ____ Bald  ____ White  ____ Sandy  ____ Red  ____ Gray  ____ Blonde  ____ Brown

**COUNTRY OF CITIZENSHIP:** _INDIA_

**SOCIAL SECURITY NUMBER:** _054 - 94 - 4276_

**ALIEN REGISTRATION NUMBER:** A _098 - 271 - 788_

**LIST ANY OTHER NAMES YOU HAVE USED:**
_JABEEN_
Last            First              Middle        Suffix

**RESIDENCE ADDRESS** (List mailing first if different from residence):

_660 PEMBERTON DR._ _APT. 5_ _WINCHESTER_ _VA._ _22601_
Street number and name    Apartment #    City    State    Zip Code

**REASON FOR FINGERPRINT APPLICATION:** (I-485, I-589, I-600, I-821, N-400): _I-485_

LOCAL AIW STAMP

FD-258 Completed at ASC
On: ____ By: ____
QC Check Completed By: ____

Attachment 3-B
Change 6
9/18/03

3-27

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| EAC-04-043-52645 | | RESIDENT STATUS |
| RECEIPT DATE December 3, 2003 | PRIORITY DATE | APPLICANT    A097 971 161 RAHMAN, MOHAMMED A. |
| NOTICE DATE March 2, 2007 | PAGE 1 of 1 | |

| | |
|---|---|
| MOHAMMED A. RAHMAN 115 BROOKLAND TERRACE APT 7 WINCHESTER VA 22602 | **Notice Type:**  Transfer Notice |

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

    Texas Service Center, P. O. Box 851488 - Dept. A , Mesquite, TX 75185-1488

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| EAC-04-110-50002 | RESIDENT STATUS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT A098 271 788 |
|---|---|---|
| March 5, 2004 | | REHMAN, KAUSAR S. |

| NOTICE DATE | PAGE |
|---|---|
| March 2, 2007 | 1 of 1 |

KAUSAR S. REHMAN
C/O MOHAMMED RAHMAN
115 BROOKLAND TER NO 7             **Notice Type:**  Transfer Notice
WINCHESTER VA 22602

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

    Texas Service Center, P. O. Box 851488 - Dept. A , Mesquite, TX 75185-1488

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm,** to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



## THE UNITED STATES OF AMERICA

# ASC Appointment Notice

| | |
|---|---|
| APPLICATION NUMBER EAC0404352645 | NOTICE DATE 4/19/2007 |

| CASE TYPE | | |
|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A097971161 | CODE 3 |
| | TCR | SERVICE CENTER TSC | PAGE 1 of 1 |

MOHAMMED A RAHMAN
115 BROOKLAND TERRACE APT 7
WINCHESTER, VA 22602



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS ALEXANDRIA 8850 Richmond Highway ALEXANDRIA, VA 22309 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** **DATE AND TIME OF APPOINTMENT** 05/04/2007 11:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS ALEXANDRIA, 8850 Richmond Highway, ALEXANDRIA, VA 22309

APPLICATION NUMBER 1
I485 . EAC0404352645



BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY
ON
TENPRINTS QA REVIEW BY

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N



THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|---|
| | EAC0411050002 | | 4/19/2007 |
| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| I485 Application to Register Permanent Resident or Adjust Status | | A098271788 | 3 |
| | TCR | SERVICE CENTER | PAGE |
| | | TSC | 1 of 1 |

KAUSAR S REHMAN
c/o MOHAMMED RAHMAN
115 BROOKLAND TER NO
WINCHESTER, VA 22602

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
3950  ON
TENPRINTS QA REVIEW BY:
3950  ON

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
|---|---|
| USCIS ALEXANDRIA | |
| 8850 Richmond Highway | **DATE AND TIME OF APPOINTMENT** |
| ALEXANDRIA, VA 22309 | 05/04/2007 |
| | 3:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS ALEXANDRIA, 8850 Richmond Highway, ALEXANDRIA, VA 22309

APPLICATION NUMBER
I485   .   EAC0411050002

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**U.S. Citizenship
and Immigration
Services**

April 27, 2005

MOHAMMED RAHMAN
115 BROOKLAND TER 7
WINCHESTER, VA 22602

Dear Mohammed Rahman:

On 04/13/2005 you, or the designated representative shown below, contacted USCIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | JANET MURPHY |
| **Case type:** | I-485 EMPLOYMENT BASED |
| **Filing date:** | 11/28/2003 |
| **Type of Service Requested:** | CASE STATUS |
| **Receipt number:** | EAC0404352645 |
| **Beneficiary:** | |

The status of this service request is:

Our records show that we are currently waiting for the fingerprint results to be received. Please allow a minimum of 60 days for this process to be completed.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling (800) 375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov (forms and appointments can be obtained from this site). You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person over the age of 14, who is not a U S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11. Where possible, please provide an A-number or other identifying numbers. You must complete the Form AR-11 and mail to the London, KY address. Failure to complete all applicable sections may delay processing of the form. Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the London, KY address.

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship
and Immigration
Services**

Friday, April 28, 2006

MOHAMMED A RAHMAN
115 BROOKLAND TER APT 7
WINCHESTER VA 22602

Dear MOHAMMED A RAHMAN:

On 03/30/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 11/28/2003 |
| **Receipt #:** | EAC-04-043-52645 |
| **Beneficiary (if you filed for someone else):** | RAHMAN, MOHAMMED, A |
| **Your USCIS Account Number (A-number):** | A097971161 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 04-28-2006 07:06 PM EDT - EAC-04-043-52645



**INFOPASS**
Your e-Ticket to Immigration
Information

**Name:** **Mohammed A Rahman**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** WAS-06-10011     **Authentication Code:** 5bcf

**Appointment Date:** **April 14, 2006**     **Appointment Time:** **10:15 AM**

**Location:** 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031

**This is your Confirmation Number:**



*WAS-06-10011*

# If you wish to cancel this appointment, you will need the following Personal Identification Number:
## *01043*

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Wednesday, November 29, 2006

MOHAMMED A RAHMAN
115 BROOKLAND TER APT 7
WINCHESTER VA 22602

Dear MOHAMMED A RAHMAN:

On 10/04/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 11/28/2003 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | RAHMAN, MOHAMMED, A |
| **Your USCIS Account Number (A-number):** | |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks. This can result in the delay of the adjudication of petitions/applications. We have no control over how long these checks will take and we can give no definite indication of when they will be completed.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Wednesday, November 29, 2006

MOHAMMED A RAHMAN
115 BROOKLAND TER APT 7
WINCHESTER VA 22602

Dear MOHAMMED A RAHMAN:

On 10/04/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 11/28/2003 |
| **Receipt #:** | EAC-04-043-52645 |
| **Beneficiary (if you filed for someone else):** | RAHMAN, MOHAMMED, A |
| **Your USCIS Account Number (A-number):** | A097971161 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks. This can result in the delay of the adjudication of petitions/applications. We have no control over how long these checks will take and we can give no definite indication of when they will be completed.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488



**U.S. Citizenship
and Immigration
Services**

Wednesday, June 20, 2007

MOHAMMED A RAHMAN
115 BROOKLAND TER APT 7
WINCHESTER VA 22602

Dear MOHAMMED A RAHMAN:

On 04/26/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 11/28/2003 |
| **Receipt #:** | EAC-04-043-52645 |
| **Beneficiary (if you filed for someone else):** | RAHMAN, MOHAMMED, A |
| **Your USCIS Account Number (A-number):** | A097971161 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

EAC-04-043-52645, The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

#237

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488



**U.S. Citizenship
and Immigration
Services**

Wednesday, June 20, 2007

MOHAMMED A RAHMAN
115 BROOKLAND TER APT 7
WINCHESTER VA 22602

Dear MOHAMMED A RAHMAN:

On 04/26/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 11/28/2003 |
| **Receipt #:** | EAC-04-043-52645 |
| **Beneficiary (if you filed for someone else):** | RAHMAN, MOHAMMED, A |
| **Your USCIS Account Number (A-number):** | A097971161 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

EAC-04-043-52645, The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

#237

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

 FAX

**Office of Senator Jim Webb**
222 Central Park Ave. Suite 120
Virginia Beach, VA 23462
**757-518-1674**
**andrea_trotter@webb.senate.gov**



| | |
|---|---|
| To: Mohammed Rahman | |
| **Attn:** | |
| Fax number: **540-665-1283** | |
| From: Andrea R. Trotter | |
| Fax number: 757-518-1679 | |
| Date:    1/2/2008        FAX page 1 of 2 | |
| Regarding: | |
| Urgent _____          Review _____ | |
| Reply  _____          Comment _____ | |

Mr. Rahman,

This letter was forwarded to the FBI's Name Check Department to the appropriate person along with the authorization forms you provided with your information.

Thank you for your help,

Andrea R. Trotter

Case Worker

*CONFIDENTIALITY NOTICE: This Facsimile transmission is intended only for the addressee shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or any of its contents by persons other than the addressee is strictly prohibited. If you received this fax in error, please call us immediately upon receipt and return the facsimile documents, by first class mail, to the address above. Thank you for your cooperation.*

JIM WEBB
VIRGINIA

COMMITTEE ON
ARMED SERVICES
COMMITTEE ON
FOREIGN RELATIONS
COMMITTEE ON
VETERANS' AFFAIRS
JOINT ECONOMIC COMMITTEE

WASHINGTON OFFICE:
WASHINGTON, DC 20510
(202) 224-4024

# United States Senate
## WASHINGTON, DC 20510-4605

December 4, 2007

~~████████████~~
Assistant Director of Congressional Affairs
Federal Bureau of Investigation
~~████████████████████████████~~
~~████████████████████████~~

Dear ~~████████~~

Enclosed is correspondence I have received in reference to a matter that appears to be under the authority of your office.

Your assistance with providing every appropriate consideration to Mr. Rahman's request would be greatly appreciated. It would be very helpful if you would reply directly to my Hampton Roads, 222 Central Park Avenue Ste. 120 Virginia Beach, VA 23462 office. In your response, please reference Mr. Mohammed Rahman.

Thank you so much for your attention to this matter.

With warm regards, I remain

Sincerely,

Jim Webb
United States Senator

JW:at
Enclosure

JOHN WARNER
VIRGINIA

COMMITTEES:
ARMED SERVICES
ENVIRONMENT AND PUBLIC WORKS
SELECT COMMITTEE ON INTELLIGENCE
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS

## United States Senate

225 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–4601
(202) 224–2023
http://warner.senate.gov

CONSTITUENT SERVICE OFFICES:

4900 WORLD TRADE CENTER
101 WEST MAIN STREET
NORFOLK, VA 23510–1690
(757) 441–3079

5309 COMMONWEALTH CENTRE
PARKWAY
MIDLOTHIAN, VA 23112
(804) 739–0247

235 FEDERAL BUILDING
P.O. BOX 887
ABINGDON, VA 24212–0887
(276) 628–8158

1003 FIRST UNION BANK BUILDING
213 SOUTH JEFFERSON STREET
ROANOKE, VA 24011–1714
(540) 857–2676

December 6, 2007

Mr. Mohammed A. Rahman
115 Brookland Terrace
Winchester, Virginia 22602

Dear Mr. Rahman:

The U. S. Citizenship and Immigration Services has responded to my inquiry concerning the status of your I-485 application.

Your application is pending the FBI security check.  Within the National Name Check Program (NNCP), the FBI conducts manual and electronic name search and background investigations as requested by the USCIS.  It is important to note that the FBI does not adjudicate the final outcome; it simply reports the results to the requesting agency or it's customer, the USCIS. More detailed information on this process may be found on the FBI website at **www.fbi.gov/hq/nationalnamecheck.htm**.

I am advised by FBI officials that it is not possible to predict the exact length of time it takes for a name check to be completed as it varies depending upon the individual case.  The NNCP receives over 62,000 name checks each week, with over 27,000 coming from the U.S. Citizenship and Immigration Services. This is an overwhelming volume for a very time consuming process. In addition, there are various other security checks that must be completed which may or may not involve the FBI in order to complete adjudication of a case.

USCIS officials advise that the vast majority of name and background checks are resolved in the applicant's favor, but the process takes time. I understand the frustration experienced by you and numerous other applicants awaiting final outcome and I will continue to monitor this situation with the Department of Homeland Security as they strive to seek a resolution as quickly as possible in each individual case.

With kind regards, I am

Sincerely,

*John Warner*

John Warner

JW/mje



Search    

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

  **Case Status Search**

  **Register**

  **Login**

Receipt Number: eac0404352645

Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: Response to request for evidence received, and case processing has resumed.

On November 14, 2007, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. You should expect to receive a written decision or written update within 60 days of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done. This case is at our TEXAS SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status



**02-07-2008 02:53 PM EST**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

# Case Status Search

Receipt Number:    eac0411050002

Application Type:    I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO
ADJUST STATUS

Current Status:
This case is now pending at the office to which it was transferred.

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS
was transferred and is now pending standard processing at a USCIS office. You will be notified by
mail when a decision is made, or if the office needs something from you. If you move while this
case is pending, please use our Change of Address online tool to update your case with your new
address. We process cases in the order we receive them. You can use our processing dates to
estimate when this case will be done, counting from when USCIS received it. Follow the link
below to check processing dates. You can also receive automatic e-mail updates as we process
your case. To receive e-mail updates, follow the link below to register.

_____

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact the
USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC  20529



**U.S. Citizenship
and Immigration
Services**

FEB 4 - 2008

HQ 70/23 & 70/28.1

# Interoffice Memorandum

**TO:**        Field Leadership

**FROM:**    Michael Aytes
              Associate Director, Domestic Operations

**SUBJECT:**  Revised National Security Adjudication and Reporting Requirements

**Background**

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits.  This is done both to enhance national security and to ensure the integrity of the immigration process.  USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types.  This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE).  The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed.  *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i).  In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations.  In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident.  *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director