UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ATEEQUR RAHMAN, <br> KAUSAR SIDDIQUA REHMAN, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIO T. GONZALES, Director, United States Citizenship & Immigration Services, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number: 1:08CV0251 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: April 15, 2008                             Respectfully submitted,


                                                                /s/ Robin M. Meriweather
                                                                ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                                Assistant United States Attorney
                                                                555 Fourth St., N.W.
                                                                Washington, D.C.  20530
                                                                Phone: (202) 514-7198   Fax: (202) 514-8780
                                                                Robin.Meriweather2@usdoj.gov