UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ATEEQUR RAHMAN, <br> KAUSAR SIDDIQUA REHMAN, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIO T. GONZALES, Director, United States Citizenship & Immigration Services, et al., <br><br> Defendants. | Case Number: 1:08CV0251 (JR) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

/s/
_____
THOMAS ELLIOT, D.C. BAR # 259713
Elliot & Mayock, LLC
1666 Connecticut Avenue, NW, 5th Floor
Washington, DC 20009
(202) 429-1725

*Counsel for Plaintiffs*

Dated: April 9 2008

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney.

/s/
_____
ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*